# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**COURTNEY ADAMS,**

       **Plaintiff,**

**v.**                                                  **Case No: 6:23-cv-243-PGB-DCI**

**LASHIFY, INC.,**

       **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed December 21, 2023. (Doc. 46). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Lashify, Inc., are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file and thereafter terminate any pending motions.

**DONE AND ORDERED** in Orlando, Florida on December 22, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties